FILED '10 JUN 17 9:57USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINDA ALEXANDER,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner, Social Security,

        Defendant.

Civ. No. 09-6091-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

1 - ORDER

Here, plaintiff objects to the Report and Recommendation. I have, therefore, given this matter de novo review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#23) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this __17__ day of June, 2010.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE